IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. C08-3016-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| BRUCE A. WESSELS; | ) | IN A CIVIL CASE |
| TERESA A. WESSELS n/k/a TERESA A. HANSEN; | ) | |
| SHERMAN ACQUISITION, L.P. a/k/a ALEGIS GROUP, L.P;; STATE OF IOWA; WILLIAM R. KIRSCHBAUM; K&C ELECTRIC; WILSON DENTAL CLINIC, PLC; WINNEBAGO COOPERATIVE TELEPHONE ASSOCIATION; WINNEBAGO COUNTY SHERIFF; ASSET ACCEPTANCE, LLC, a/k/a ASSET ACCEPTANCE CAPITAL CORP; and HAUGE ASSOCIATIES, INC., | ) | |
| Defendants. | ) | |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED

        Judgment is entered in accordance with the attached Judgment and Decree of Foreclosure.

Dated: 1-20-2009        ROBERT L. PHELPS
                                              Clerk

                                              (By) Deputy Clerk

APPROVED BY:

**DONALD E. O'BRIEN**
**Senior Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. C 08-3016DEO |
| vs. | ) | |
| BRUCE A. WESSELS; TERESA A. WESSELS, n/k/a TERESA A. HANSEN; SHERMAN ACQUISITION, L.P., a/k/a ALEGIS GROUP, L.P.; STATE OF IOWA; WILLIAM R. KIRSCHBAUM; K&C ELECTRIC; WILSON DENTAL CLINIC, PLC; WINNEBAGO COOPERATIVE TELEPHONE ASSOCIATION; WINNEBAGO COUNTY SHERIFF; ASSET ACCEPTANCE, LLC, a/k/a ASSET ACCEPTANCE CAPITAL CORP.; and HAUGE ASSOCIATES, INC., | ) | |
| Defendants. | ) | |

**JUDGMENT AND DECREE OF FORECLOSURE**

This matter is before the Court on Plaintiff's Motion for Default Judgment and Motion for Summary Judgment. The Court finds no genuine issue of material fact exists herein which would give rise to a valid defense on behalf of any of the Defendants. Further, Plaintiff is entitled to judgment as a matter of law. The Motion for Default Judgment and Motion for Summary Judgment are granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:

1. The Court has jurisdiction over all parties, the defendants Bruce A. Wessels; Teresa A. Wessels, nka Teresa A. Hansen; Sherman Acquisition, L.P., aka Alegis Group, L.P.; William R. Kirschbaum dba K&C Electric; Wilson Dental Clinic, PLC; Winnebago Cooperative Telephone Association; Winnebago County Sheriff, Asset Acceptance, LLC, a/k/a Asset Acceptance Capital Corp., and Hauge Associates, having been properly served, and the defendants Bruce A. Wessels; Teresa A. Wessels, nka Teresa A. Hansen; Sherman Acquisition, L.P., aka Alegis Group, L.P.; William R. Kirschbaum dba K&C Electric; Wilson Dental Clinic, PLC; Winnebago Cooperative Telephone Association; Winnebago County Sheriff, Asset Acceptance, LLC, a/k/a Asset Acceptance Capital Corp., and Hauge Associates being in default, the Motion for Default Judgment is granted.

2. The Motion for Summary Judgment is granted against Defendant State of Iowa. The Court finds that there exists no genuine issue of material fact and that Plaintiff is entitled to judgment as a matter of law.

3. Judgment is hereby rendered *in rem* against the mortgaged premises and *in personam* against Defendants Bruce A. Wessels and Teresa A. Wessels nka Teresa A. Hansen affecting their interest in the mortgaged premises and to the extent an in personam judgment is entered against the defendant, it shall also be a judgment lien against all other property of the Defendant's Bruce A. Wessels and Teresa A. Wessels nka Teresa A. Hansen for the total sum of $16,257.54 principal and $2,466.35 interest as of December 16, 2008, plus interest accruing thereafter at a rate of $3.4057 per day to this date totaling $119.20, plus costs of this action in the total amount of $878.27, ($369.00 abstract

continuation fee $159.27 service/complaints costs, $350 court costs), and statutory interest after judgment.

4. Plaintiff's mortgage is hereby established and declared to be first, superior and paramount lien on the real estate described below. All the rights, title and interest, claims and liens in and to the real property which the defendants claim or may have therein, whether the rights, title, interest, claims or liens be legal or equitable, are hereby decreed to be subsequent, inferior and junior to the right, title, interest, claims and lien of the plaintiff.

5. Plaintiff's mortgage is hereby foreclosed for the full amount of the Judgment. This Judgment is decreed to be a lien on the mortgaged property from Bruce A. Wessels and Teresa A. Wessels nka Teresa A. Hansen. Defendants and all persons claiming by, through, and under them are barred and foreclosed from all rights, title and interest in the real property with no post sale right of redemption.

6. A Writ of Special Execution shall issue against the following real property situated in Winnebago County, Iowa:

> Part of Lot Five (5) in Sub-division of the South Half (S ½) of the Northwest Quarter (NW 1/4) of Section Twenty-six (26) in Township Ninety-Nine (99) North, Range Twenty-five (25) West of the 5th P.M., Winnebago County, Iowa, described by metes and bounds as follows: Commencing Seven (7) feet Nine (9) inches East of the Northwest Corner of Lot Five (5), running thence South Two Hundred Twenty-one (221) feet and Nine (9) inches, thence East Ninety-eight (98) feet and Two (2) inches, thence North Two Hundred Twenty-one (221) feet and Nine (9) inches, thence West Ninety-eight (98) feet and Two (2) inches to place of beginning except the East Twelve (12) feet thereof.

Under the Writ of Special Execution, the United States Marshal for the Northern District of Iowa or his representative is commanded to sell the real property in aid and enforcement of the claim, rights and Judgment of the plaintiff at public sale in accordance with 28 U.S.C. §§ 2001-2003. The sale shall be subject to any unpaid real property taxes or special assessments.

7. The United States Marshal shall give public notice of the time and place of the sale in the manner provided by law, and the publication shall be in a regularly issued newspaper of general circulation within Winnebago County, Iowa, published once a week at least four (4) weeks prior to the sale.

8. If the plaintiff shall be the successful bidder at the sale, the United States Marshal may take the receipt of the plaintiff in lieu of cash payment.

9. The United States Marshal shall make and execute to the purchaser at the sale a Certificate of Purchase, stating the price thereof, and shall deliver same to the purchaser and also make report of the sale to this Court.

10. If the property is purchased by a bid other than that of the plaintiff, after deducting the costs of the sale from the proceeds thereof, the Marshal shall deposit the proceeds with the Clerk of Court pending confirmation of the sale and direction by the Court as to payment of the proceeds.

11. If the sale is confirmed by this Court, there being no right of redemption, a Marshal's Deed shall issue forthwith to the purchaser at the sale, or his heirs, representatives, or assigns, and possession of the premises sold shall be given to the

holder of the Deed. If the holder of the Deed is denied possession, a Writ of Assistance may issue out of this Court upon the filing of a proper Praecipe and without further order of this Court. The Writ shall be issued to place the holder of the deed in the peaceable possession of the real property.

12. Out of the proceeds arising from the sale there will be satisfied in the following order as far as the same shall be sufficient:

    a. The costs of the sale and of this action;

    b. Plaintiff's *in rem* Judgment against the property and *in personam* judgment against Defendants Bruce A. Wessels and Teresa A. Wessels nka Teresa A. Hansen;

    c. The balance thereof, if any, to be brought into the Court to await further order.

13. To the extent a deficiency judgment exists on a *in personam* judgment after the aforementioned application of sale proceeds, the Court retains jurisdiction to allow plaintiff to pursue collection in accordance with the law.

**IT IS SO ORDERED** this 20th day of January, 2009.

*Donald E. O'Brien*
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa